DEFT: Jose Fernando Mendoza    CASE NO: 00-4108-BSS
AUSA: Bob Nicholson *present*    ATTNY: _San Suarez_
AGENT: ____    VIOL: PWID heroin
PROCEEDING: Initial Appearance    BOND REC: PTD

BOND HEARING HELD - yes/no    [APPOINTED] (FPD)

___ BOND SET @ _____    MAY 15 2000
                                CLARENCE MADDOX
                                CLERK U.S. DIST. CT.
                                S.D. OF FLA. FT. LAUD.
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _advised of charges_ _no ofg_
_1 - to waive I/A for 48 hours/during that time he takes be in custody of DEA_
_sworn for counsel_

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
     ___ Electronic Monitoring

Interpreter
No ___
No ___
_[signature]_
(Specify Language)

_Partially indigent, $250_
_rule Reg of Ct w/30 days_

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE/COUNSEL: | 5-___-00 | 11:00am | BSS |
| PTD/BOND HEARING: | 5-18-00 | 9:00am | BSS ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 5-25-00 | 9:30 | SNOW |
| STATUS CONFERENCE/_partial_ | 6-14-00 | 11:00am | BSS ✓ |

DATE: 5-15-00    TIME: 11:00am    TAPE # 00-059/040 PG # 10
end 3370-3379
of sealed
_rest of hearing on sealed tape_