UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _OC-4108-BSS_

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Jose Fernando Mendoza

Defendant.

_____/

### ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
### OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

**ORDERED AND ADJUDGED** that the above named Defendant shall pay the sum of $250 on or before 6-14-00 to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate. 18 U.S.C. Section 3006A(c). It is further **ORDERED** that a status conference on reimbursement will be held on June 14, 2000 at 11:00 a.m./p.m.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 15 day of May, 2000.

TAPE NO. _____

UNITED STATES MAGISTRATE JUDGE

c:  AUSA
    Defense Counsel
    Financial Section
    Pretrial Services
    U.S. Marshal