DEFT: Jose Fernando Mendoza (J)#    CASE NO: 00-4108-BSS
AUSA: Bob Nicholson present    ATTNY: Mady Bidwell
AGENT:    VIOL:
PROCEEDING: PTD HEARING    BOND REC:
BOND HEARING HELD - yes/no    COUNSEL APPOINTED:
BOND SET @ $350,000 Corp Surety w/ Nebbia

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by ___ May 1 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

No Bond hrg held
Both sides stipulate
to a $350,000 Corp.
Surety w/ nebbia,
reserving right to
proceed w/ a PTD
hrg at a later date

Interpreter Required
No ___
Not Known
Spanish
(Specify Language)

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: xxxxx    5-25-00    9:30am    LSS
STATUS CONFERENCE:

DATE: 5-18-00    TIME: 9:00am    TAPE # 00-043    PG # 1
ends 12:30pm    500—880