UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6138** CR-HURLEY

21 U.S.C. §841(a)(1)

**MAGISTRATE JUDGE VITUNAC**

UNITED STATES OF AMERICA,   )
                            )
   Plaintiff,  )
                            )
v.                          )
                            )
JOSE FERNANDO MENDOZA,      )
                            )
   Defendant.  )
_____)

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT I

On or about May 12, 2000, in Broward County, in the Southern District of Florida, the defendant,

### JOSE FERNANDO MENDOZA,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,



that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21,

United States Code, Section 841(a)(1).

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**   CASE NO. _____

v.   **CERTIFICATE OF TRIAL ATTORNEY***

JOSE FERNANDO MENDOZA   **Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)   Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

____ Miami   ____ Key West
_X_ FTL   ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _Yes_
   List language and/or dialect   _Spanish_

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)   (Check only one)

   I   0 to 5 days   _x_   Petty   ____
   II   6 to 10 days   ____   Minor   ____
   III   11 to 20 days   ____   Misdem.   ____
   IV   21 to 60 days   ____   Felony   _x_
   V   61 days and over   ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No.   _00-4108-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _5/12/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 933996

*Penalty Sheet(s) attached   REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: JOSE FERNANDO MENDOZA          No.: _____

Count #I:
Possession with intent to distribute heroin; in violation of 21:841(a)(1)

*Max Penalty:   Five (5) to forty (40) years' imprisonment; $2,000,000 fine.

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12/12/96