# COURT MINUTES

## U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOSE FERNANDO MENDOZA (J)     CASE NO: 00-6138-CR-HURLEY

AUSA: ROBERT NICHOLSON     ATTY: FPD Bernardo Lopez

AGENT: ____     VIOL: ____

PROCEEDING ARRAIGNMENT     RECOMMENDED BOND ____

BOND HEARING HELD - yes/no     COUNSEL APPOINTED ____

____ BOND SET @ ____

____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ____ x's a wk/month by phone;  ____ x's a wk/month in person

3) Travel extended to:

~~Reading of Indictment Waived~~
~~Not Guilty plea entered~~
~~Jury trial demanded~~
~~Standing Discovery Order requested~~

NEXT COURT APPEARANCE:     INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN:

REMOVAL HRG:

STATUS CONF:     JUNE 26     10     JOHNSON/WPB

Date: 5-25-00     Time 9:30     FTL/LSS TAPE #00-026     Begin: 164     End: 198