UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6138-CR-HURLEY

UNITED STATES OF AMERICA

vs

JOSE FERNANDO MENDOZA

ARRAIGNMENT INFORMATION SHEET

*FILED by D.C. MAY 25 2000 CLARENCE MADDOX S.D. OF FLA. DIST. CT. FT. LAUD.*

*REC'D by D.C. MAY 26 2000 CLARENCE MADDOX CLERK U.S. DIST. CT.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 25, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __CUSTODY_____

                   _____

                   Telephone:_____

DEFENSE COUNSEL:   Name:____FEDERAL PUBLIC DEFENDER_____

                   Address:_____

                   _____

                   Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __25TH__ day of __MAY_____, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_____
    Deputy Clerk

Tape No. ___00- 026_____

cc: Copy for Judge
    U. S. Attorney