UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6138-CR-HURLEY



UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

JOSE F. MENDOZA,    :

    Defendant.    :
_____/

## NOTICE OF REASSIGNMENT

The above captioned case has been reassigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    By: _____
    Samuel J. Smargon
    Assistant Federal Public Defender
    Florida Bar No. 150230
    101 N.E. 3rd Avenue
    Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436
    (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this _7_ day of June, 2000 to Robert Nicholson, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Samuel J. Smargon

S:\SMARGON\Mendoza\ASSIGN