JUN 1 4 2000   U.S. MAGISTRATE JUDGE BARRY S. SELTZER – ORT LAUDERDALE

DEFT: Jose Fernando Mendoza (J)#     CASE NO: 00-6138-CR-Hurley
                                              00-4108-BSS

AUSA: Bob Nicholson/Bruce Brown     ATTNY: FPD Bernardo Lopez
                                           for Smargon

AGENT: _____     VIOL: _____

PROCEEDING: Status re partial indigence   BOND REC: _____

BOND HEARING HELD – yes/no     COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ____ D.C.

JUN 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/
   travel documents.

4) Rpt to PTS as directed /or _____ x's a
   week/month by phone; _____ x's a week/month
   in person.

5) Random urine testing by Pretrial Services.
        Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

(2) ____ Halfway House
       ____ Electronic Monitoring

Matter needs to be reset at request

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: re partial indigence   7-14-00   11:00am   BSS

DATE: 6-14-00   TIME: 11:00am   TAPE # 00-049   PG # 1
                  ends         1533-

BB
16