TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __JOSE FERNANDO MENDOZA__

CASE NO. __00-6138__ CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __June 26, 2000__.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

_____ The following motions are pending before the assigned Magistrate Judge:

_____

_____

_____

_____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

_____

_____

_____

__✓__ There are no discovery problems.

__✓__ The case is likely to settle by plea.

_____ The case is ready for trial and not likely to settle by plea.

_____ The parties estimate trial will take __1__ days to complete.

_____ Other comments:

Respectfully submitted,

_____
LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE

cc: District Judge
    U.S. Attorney's Office
    Defendant