# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 6/26/00   TIME: 10:00 AM

DEFT. JOSE FERNANDO MENDOZA  
 (Defendant not needed)  
AUSA. *Nancy Quinlan* ROBERT NICHOLSON

CASE NO. 00-6138-CR-HURLEY/VITUNAC  
ATTY. *Dave Brannon jr.* SAMUEL J. SMARGON, AFPD

AGENT. _____

VIOL. PWID HEROIN  
21:841(a)(1)

PROCEEDING  STATUS RE: DISCOVERY

BOND. $250,000 CSB W/NEBBIA

DISPOSITION  Change of Plea set 7/14/00 @ 2:00 PM

*No Discovery issues, No pending motions*

DATE: 6/26/00.   TAPE: LRJ-00- 51-1596