

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6138-CR-HURLEY
Magistrate Judge Vitunac



UNITED STATES OF AMERICA   )
                           )
                           )
                           )
v.                         )
                           )
                           )
JOSE FERNANDO MENDOZA,     )
                           )
    Defendant.             )
_____)

**GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this first supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.

      6.   A laboratory analysis of the substance seized in connection with this case is attached.



The attachment to this response is numbered page 21. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Robert N. Nicholson
Assistant United States Attorney
Florida Bar No. 933996
500 East Broward Blvd. Ste. 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

cc: Special Agent Robert Shinn
    DEA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 5th day of July, 2000:

Samuel Smargon, Esq.
Assistant Federal Public Defender
101 N.E. Third Ave, Suite 202
Fort Lauderdale, Florida 33301

                              Robert N. Nicholson
                              Assistant United States Attorney

# REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

**U.S. Department of Justice**
Drug Enforcement Administration

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample | | | GS-00-0127 | | UCH1I |
| ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal) | | | | | |
| ☐ Internal Body Carry  ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Fort Lauderdale, Florida | 5/12/00 | MENDOZA, Jose Fernando |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | Case No. OR Seizure No. | 5/15/00 | 1 |

| 9. Exhibit No. | 10. FDIN | 11. ALLEGED DRUGS | 12. MARKS OR LABELS | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 1 | 2000987262 | Heroin | (4) rectangular shaped packages labeled "1,2,3,4" | | 356.8 gms | |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?** ☒ NO (included above)

**REMARKS:**
On 5/12/00 S/A Shinn and Broward County DIU Det. Jose Interian conducted a consensual encounter of Jose Fernando MENDOZA at the Fort Lauderdale/Hollywood International Airport. MENDOZA had (4) rectangular shaped packages of suspect heroin (Exhibit 1) concealed underneath his clothing. On 5/12/00, S/A Shinn and Det. Interian seized and transported Exhibit 1 to the FLDO Drug Evidence Vault for storage. On 5/16/00, Exhibit 1 was processed and transported to the SEL for analysis by S/A's Shinn and Wolpert.

**17. SUBMITTED BY SPECIAL AGENT:** S/A Robert P. Shinn
**18. APPROVED BY:** Bruce G. Baldwin

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 SEE | 5/16/00 | Robert P Shinn S/A |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY 5-16-2000 | 24. Print or Type NAME and TITLE |

## LABORATORY REPORT

**25. ANALYSIS SUMMARY AND REMARKS**

Exhibit 1 contains heroin hydrochloride.
Gross Wt: 357.9g    Net Wt: 298.5g

One gram removed for special program.

113324

amp 6/21/00

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 1 | 113324 | heroin hydrochloride | 94 | % | | 280.6g | 296.7g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Alexandra Gongora  6-20-2000 | Forensic Chemist | 6/20/00 |
| 37. APPROVED BY  6/22/2000 | 38. TITLE Laboratory Director | 39. LAB. LOCATION Miami, FL |

DEA Form - 7 (Sept. 1995)    Previous edition dated 4/90 may be used until stock is exhausted.    1 - Prosecution

00021