# CRIMINAL MINUTES



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

========================================

Case No. **00-6138-CR-Hurley**         Date **7-14-00**

Courtroom Deputy: ~~James E. Caldwell~~ **Irene Rivera**    Court reporter: Pauline Stipes

Language Spoken: **Spanish**            Defendant's Status: (Pretrial / **Detained** / ~~Bond~~)

UNITED STATES OF AMERICA v. **Jose Fernando Mendoza**

AUSA: **Lothrop Morris**      DEFENSE COUNSEL: **Samuel Smargon**

TYPE OF HEARING: **Change of Plea**

RESULTS OF HEARING: **After statements by all parties Court continues change of plea to be reset w/in 2 weeks**

Misc.: