RNN:mf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6138-CR-HURLEY(s)
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(B)

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
v.                          )
                            )
JOSE FERNANDO MENDOZA,      )
                            )
            Defendant.      )
_____)

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about May 12, 2000, in Broward County, in the Southern District of Florida, the defendant,

JOSE FERNANDO MENDOZA,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled



substance, that is, in excess of 100 grams of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841§(a)(1) and 841(b)(1)(B).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. _____00-6138-CR-HURLEY(s)_____

v.                                                CERTIFICATE OF TRIAL ATTORNEY*

JOSE FERNANDO MENDOZA
_____            **Superseding Case Information:**

**Court Division:** (Select One)            New Defendant(s)        Yes ___   No _X_
                                            Number of New Defendants      _0_
___  Miami   ___ Key West                   Total number of counts         _1_
_X_  FTL     ___ WPB  ___ FTP

I do hereby certify that:
1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:         (Yes or No) Yes_____
    List language and/or dialect   Spanish_____

4.  This case will take __1__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                              (Check only one)

    I    0 to 5 days       _X_          Petty       ___
    II   6 to 10 days      ___          Minor       ___
    III  11 to 20 days     ___          Misdem.     ___
    IV   21 to 60 days     ___          Felony      _X_
    V    61 days and over  ___

6.  Has this case been previously filed in this District Court? (Yes or No)  No
    If yes:
    Judge: _____ Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No) __Yes__
    If yes:
    Magistrate Case No.  00-4108-BSS
    R0lated Miscellaneous numbers: _____
    Defendant(s) in federal custody as of  5/12/00
    Defendant(s) in state custody as of _____
    Rule 20 from the _____  District of _____

    Is this a potential death penalty case? (Yes or No)  NO

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8.  Did this case originate in the Narcotics Section, Miami? ___ Yes  _X_ No

                                        _____
                                        ROBERT N. NICHOLSON
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Florida Bar No. 933996

*Penalty Sheet(s) attached                                        REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: JOSE FERNANDO MENDOZA            No.: 00-6138-Cr-HURLEY(s)

Count #I:
Possession with intent to distribute heroin; in violation of 21:841(a)(1) and 841(b)(1)(B).

*Max Penalty:  Mandatory minimum five (5) years up to forty (40) years' imprisonment; $2,000,000.fine.

Count #:

*Max Penalty:

Count #:


*Max Penalty:

Count #:


*Max Penalty:

Count # :


*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT

**Southern** District of Florida
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

JOSE FERNANDO MENDOZA

## INDICTMENT

21 USC §841(a)(1)
21 USC § 841(b)(1)(B)

No. _____

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 2000*

*Bail, $* _____

_____
*Clerk*