UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6138-CR-HURLEY (s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE FERNANDO MENDOZA,

    Defendant.
_____/



### NOTICE SETTING HEARING

PLEASE TAKE NOTICE that the above entitled case is hereby set for Arraignment on the Superseding Indictment on Monday, August 7, 2000, before the Honorable Linnea R. Johnson, Chief U. S. Magistrate Judge at 701 Clematis Street, West Palm Beach, Florida, Courtroom 4, Third Floor.

DATED: July 27, 2000        CLARENCE MADDOX, CLERK OF COURT

                          By:    _____
                                    Emily Guerrero, Deputy Clerk

Copies provided to:

Honorable Daniel T. K. Hurley
Robert N. Nicholson, AUSA
Samuel J. Smargon, AFPD
U.S. Pretrial Services