# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

JUL 2 8 2000

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                    CASE NO. 00-6138-CR-HURLEY

JOSE FERNANDO MENDOZA,
    Defendant.
------------------------------------------/

## NOTICE SETTING THE CONTINUATION OF THE
## CHANGE OF PLEA HEARING

**TAKE NOTICE** that the continuation of the change of plea hearing in the above cited case,

which began on <u>Friday, July 14, 2000</u> has been set for **Friday, September 1, 2000, at 9:30 a.m.**

before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, 701

Clematis Street, West Palm Beach, Florida, Courtroom No. 5.

**DATED THIS** 28th day of July, 2000.


**copy furnished:**
AUSA Lothrop Morris
AFPD Samuel Smargon
U.S. Probation Office, WPB, FL
U.S. Marshal's Service

James E. Caldwell, Sr.
Courtroom Deputy