# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 8/7/00    TIME: 10:00 AM

DEFT. JOSE FERNANDO MENDOZA (J)         CASE NO. 00-6138-CR-HURLEY (s)
      (Spanish interpreter needed)
      Neil Karadbil
AUSA. ROBERT NICHOLSON                   ATTY. SAMUEL SMARGON, AFPD

                                         PWID HEROIN
AGENT. _____            VIOL. 21:841(a)(1)

PROCEEDING ARRAIGN ON SS INDICTMENT      BOND. $250,000 CSB w/NEBBIA

DISPOSITION CONTINUATION OF CHANGE OF PLEA HEARING SET 9/1/00 @ 9:30 A.M.

Defendant arraigned

DATE: 8/7/00                             TAPE: LRJ-00- 66-2910