UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6138-CR-HURLEY(s)

UNITED STATES OF AMERICA,

vs.

JOSE FERNANDO MENDOZA,
                Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

| | | |
|---|---|---|
| **Defendant:** | Jail No.: | _____ |
| | Language: | SPANISH |
| | Address: | _____ |
| | | _____ |
| | Tel. No: | _____ |
| **Defense Counsel:** | Name : | FEDERAL PUBLIC DEFENDER |
| | Address: | 400 AUSTRALIAN AVENUE NORTH |
| | | WEST PALM BEACH, FLORIDA |
| | Tel. No: | 561-833-6288 |
| **Bond Set/Continued:** | | $ 250,000 CSB W/NEBBIA |

Dated this 7th day of August, 2000.

CLARENCE MADDOX, CLERK

BY _____
   Deputy Clerk

TAPE NO. LRJ-00-66
DIGITAL START NO. 2910

