# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



==========================================

Case No. _00-6138-CR_          Date _October 13, 2000_

Courtroom Deputy: James E. Caldwell          Court reporter: Pauline Stipes

Language Spoken: _Spanish_          Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. _Jose Fernando Mendoza_

AUSA: _Robert Nicholson_    DEFENSE COUNSEL: _AFPD Samuel Smargon_

TYPE OF HEARING: _Change of plea from not guilty to guilty as to Count 1 of the Superseding Indictment._

RESULTS OF HEARING: _After an inquiry, the plea of guilty was accepted._

Misc.: _Sentencing date set for Friday, December 15, 2000, at 2:00 p.m._